1  Michael J. Niborski (State Bar No. 192111)
   *mniborski@pryorcashman.com*
2  **PRYOR CASHMAN LLP**
   1801 Century Park East, 24th Floor
3  Los Angeles, California 90067
   Telephone: (310) 556-9608
4  Facsimile: (310) 556-9670

5  Ilene S. Farkas (PRO HAC VICE)
   *ifarkas@pryorcashman.com*
6  **PRYOR CASHMAN LLP**
   7 Times Square
7  New York, New York 10036
   Telephone: (212) 421-4100
8  Facsimile: (212) 326-0806

9  *Attorneys for Defendants*
   SONY MUSIC ENTERTAINMENT; WB MUSIC
10 CORP.; WARNER/CHAPPELL MUSIC, INC.;
   RCA RECORDS, a division of SONY MUSIC
11 ENTERTAINMENT (incorrectly sued as "RCA RECORDS,
   INC."); ATLANTIC RECORDING CORPORATION;
12 UNIVERSAL MUSIC CORP. d/b/a UNIVERSAL MUSIC
   WORKS (incorrectly sued as "UNIVERSAL MUSIC
13 CORPORATION"); IMAGEM MUSIC INC.; MARK
   DANIEL RONSON; PHILIP LAWRENCE; JEFF BHASKER;
14 and PETER GENE HERNANDEZ p/k/a BRUNO MARS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOURS, MINE AND OURS MUSIC, *et al.*, | Case No. 2:16-cv-08056 RSWL (KSx) |
| Plaintiffs, | **STIPULATION TO ORDER DISMISSING ACTION** |
| vs. | [Proposed] Order Submitted Herewith |
| SONY MUSIC ENTERTAINMENT, *et al.*, | |
| Defendants. | |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their respective attorneys of record, stipulate to the entry of the accompanying Order dismissing this action in its entirety, with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

**IT IS SO STIPULATED**

Dated: April 12, 2018    By:  */s/ Tiffany N. Rollins*
Rickey Ivie
Rodney S. Diggs
Antonio K. Kizzie
Samuel Chilakos
Tiffany N. Rollins
IVIE, McNEILL & WYATT

*Attorneys for Plaintiffs*
YOURS MINE AND OURS MUSIC, LARRY WHITE, Estate of GRADY WILKINS, by and through his heir CONNIE WILKINS, Estate of LEE PETERS, by and through his heir LISA PETERS

Dated: April 12, 2018    By:  */s/ Michael J. Niborski*
Michael J. Niborski
Ilene S. Farkas (*pro hac vice*)
PRYOR CASHMAN LLP

*Attorneys for Defendants*
SONY MUSIC ENTERTAINMENT; WB MUSIC CORP.; WARNER/CHAPPELL MUSIC, INC.; RCA RECORDS, a division of SONY MUSIC ENTERTAINMENT (incorrectly sued as "RCA RECORDS, INC."); ATLANTIC RECORDING CORPORATION; UNIVERSAL MUSIC CORP. d/b/a UNIVERSAL MUSIC WORKS (incorrectly sued as "UNIVERSAL MUSIC CORPORATION"); IMAGEM MUSIC INC.; MARK DANIEL RONSON; PHILIP LAWRENCE; JEFF BHASKER; and PETER GENE HERNANDEZ p/k/a BRUNO MARS

Dated: April 12, 2018     By:  */s/ Frank R. Trechsel*
                                                     Paul H. Duvall
                                                     Frank R. Trechsel
                                                     KING & BALLOW

*Attorneys for Defendants*
TIG7 PUBLISHING, LLC AND
SONGS MUSIC PUBLISHING, LLC

**Attestation Regarding Signatures**

       The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: April 12, 2018     */s/ Michael J. Niborski*
                                                  Michael J. Niborski