1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

YOURS, MINE AND OURS

12

MUSIC, *et al.*,

13

Plaintiffs,

14

vs.

15

16

SONY MUSIC

ENTERTAINMENT, *et al.*,

17

18

Defendants.

Case No. 2:16-cv-08056 RSWL (KSx)

**[PROPOSED] ORDER**
**DISMISSING ACTION**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

19

20

21

22

23

24

25

26

27

28

1          **<u>ORDER</u>**

2          Pursuant to the parties' Stipulation, this action is hereby dismissed, in its entirety,

3   with prejudice, and with each party bearing its own costs, attorneys' fees, and expenses.

4

5

6    Dated:

7                                              The Honorable Ronald S.W. Lew
                                               UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28